LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK PETTY, an individual,<br><br>                       Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; MCDONALD'S CORPORATION, a foreign corporation; EMACO LLC, a domestic limited liability company; and DOES I-XX, inclusive,<br><br>                       Defendants. | Case No.:   2:26-cv-01032-CDS-DJA<br><br>JOINT MOTION<br><br>~~STIPULATION~~ **TO EXTEND TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT [ECF No. 14]**<br><br>**(First Request)** |

Defendant Las Vegas Metropolitan Police Department ("LVMPD") and Plaintiff Mark Petty stipulate and agree to extend the deadline for LVMPD to file a Response to the Motion to Amend, (ECF No. 14), by seven days.  The current deadline for LVMPD to file a Response is Tuesday, May 26, 2026.  The stipulated extension of time will create a new deadline of June 2, 2026.  Plaintiff's Reply deadline will become June 10, 2026.  This request is submitted under

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.330

Page 1 of 2

Local Rule IA 6-1 and 6-2 and is LVMPD's first request for an extension of time regarding the Response.

Good cause exists for this extension. LVMPD's undersigned counsel respectfully requests additional time to prepare and finalize the Response in light of ongoing family health emergencies as well as the shortened week due to the Memorial Day holiday on Monday, May 25, 2026. This Stipulation is sought in good faith and not for delay

DATED this 26<u>th</u> day of May, 2026.

By: /s/ Joel S. Hengstler
**THE 702 FIRM**
MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
SEAN P. COSLEY, ESQ.
Nevada Bar No. 16832
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone: (702) 776-3333
Facsimile: (702) 505-9787
E-Mail: service@the702firm.com
*Attorneys for Plaintiff*

By: /s/ Lyssa S. Anderson
KAEMPFER CROWELL
LYSSA S. ANDERSON (Nevada Bar No. 5781)
KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
TRAVIS C. STUDDARD (Nevada Bar No. 16454)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
*Attorneys for Defendant Las Vegas Metropolitan Police Department*

**IT IS SO ORDERED**

Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or their attorneys will be treated - and must be filed - as a joint motion. The Court thus treats this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c). The Court GRANTS the joint motion (ECF No. 16).

DATED: 5/28/2026

_____
UNITED STATES MAGISTRATE JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.330

Page 2 of 2