**SODWOP**
Leland Eugene Backus, Esq.
Nevada Bar No. 473
BACKUS | BURDEN
3050 S. Durango Drive
Las Vegas, Nevada 89117
Tel:    702.872.5555
Fax:    702.872.5545
Email:  genebackus@backuslaw.com
*Attorneys for McDonald's Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK PETTY, individual;<br><br>Plaintiff<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; McDONALD'S CORPORATION, a foreign corporation; EMACO LLC, a domestic limited liability company; DOE FRANCHISEE I, doing business as McDonald's; DOE OFFICERS I through XX, inclusive; and DOE EMPLOYEES I through XX, inclusive;<br><br>Defendants | Case No.: 2:26-cv-01032-CDS-DJA<br><br>**STIPULATION OF DISMISSAL OF MCDONALD'S CORPORATION WITHOUT PREJUDICE** |

Defendant, McDONALD'S CORPORATION ("McDONALD'S"), by and through its counsel Leland Eugene Backus, Esq. of Backus Burden, Plaintiff, MARK PETTY through his counsel Joel Hengstler, Esq. of THE702FIRM Injury Attorneys, Defendant, EMACO LLC, through its counsel Leland Eugene Backus, Esq. of Backus Burden, and Defendant, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, through its counsel Lyssa S. Anderson, Esq., pursuant to F.R.C.P. 41 do hereby agree that Defendant, McDONALD'S CORPORATION, is dismissed without prejudice on the condition that the statute of limitations under N.R.S. 11.190 shall be tolled for six (6) months as it may pertain to said dismissed Defendant.

BACKUS | BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555   FAX: (702) 872-5545

Dated this 8th day of June, 2026

/s/ Leland Eugene Backus

Leland Eugene Backus, Esq.
Nevada Bar No. 473
BACKUS | BURDEN
3050 S. Durango Drive
Las Vegas, Nevada 89117
Tel:    702.872.5555
Fax:    702.872.5545
Email:  genebackus@backuslaw.com
*Attorneys for McDonald's Corporation and*
*EMACO LLC*

Dated this 8th day of June, 2026

/s/ Joel S. Hengstler

Joel S. Hengstler, Esq.
THE 702 FIRM MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096 BRADLEY J.
MYERS, ESQ. Nevada Bar No. 8857 JOEL S.
HENGSTLER, ESQ. Nevada Bar No. 11597
SEAN P. COSLEY, ESQ. Nevada Bar No.
16832 8335 West Flamingo Road Las Vegas,
Nevada 89147 Telephone: (702) 776-3333
Facsimile: (702) 505-9787 E-Mail:
service@the702firm.com
*Attorneys for Plaintiff*

Dated this 8th day of June, 2026

/s/ Lyssa S. Anderson

LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com
*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

Based on the parties' stipulation,
McDonald's Corporation is dismissed
without prejudice, with each party to
bear its own costs and fees.

_____
Cristina D. Silva
United States District Judge

Dated: July 8, 2026

2